# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4438
_____

SEMINOLE COUNTY,

    Appellant,

    v.

FLORIDA PUBLIC SERVICE
COMMISSION, UTILITIES, INC. OF
FLORIDA, OFFICE OF PUBLIC
COUNSEL, and ANN MARIE RYAN
and SUMMERTREE WATER
ALLIANCE,

    Appellees.

_____

On appeal from Public Service Commission.

March 13, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

William S. Bilenky and Douglas P. Manson of Manson Bolves Donaldson Varn, P.A., Tampa, for Appellant.

Kathryn G.W. Cowdery, Senior Attorney, Keith C. Hetrick, General Counsel, and Samantha M. Cibula, Attorney Supervisor, Florida Public Service Commission, Tallahassee, for Appellees.